**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| **El-Ghazawi et al,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**Optelligence LLC et al,**<br><br>*Defendant* | **Civil No.  1:23-cv-01771-LMB-WBP** |

## DISCLOSURE STATEMENT

In accordance with Local Rule 7.1(B), Defendant Volker Sorger, by and through undersigned counsel, hereby states that he is a citizen of the State of Florida.

Dated: March 11, 2024

Respectfully submitted,

**EVERSHEDS SUTHERLAND (US) LLP**

By:   /s/ *John W. Lomas, Jr.*
John W. Lomas, Jr.
VA Bar No. 73148
700 6th St. NW
Washington, DC 20001
Email: johnlomas@eversheds-sutherland.us
Phone: (202) 220-8049

**ATTORNEY FOR DEFENDANT
DR. VOLKER SORGER**