

**THE GEORGE WASHINGTON UNIVERSITY**
WASHINGTON, DC

**El-Ghazawi, Tarek <tarek@email.gwu.edu>**

## TL Documents for signing
1 message

**Comanescu, Jerry** <jcomanescu@email.gwu.edu>                                      Sun, Mar 1, 2020 at 11:58 AM
To: "Sorger, Volker" <sorger@email.gwu.edu>, Tarek El-Ghazawi <tarek@gwu.edu>

Hi Volker and Tarek,

From a legal point of view there are 3 different agreements:
(1). NDA agreement (Exhibit-B) between GW and TL … will be executed prior to the Option-Agreement and will be signed by Steve Kubisen, then will be included as Exhibit-B of the Option-Agreement.
(2). The Option-Agreement and its Exhibits (A to E).
(3). The "Faculty Agreement"
Only the above documents need to be signed. The Exhibits to the Option-Agreement are part of the agreement but they cannot be signed now because we don't know the identity of the prospective Buyer. Exhibits C, D and E will be signed if/when Buyer's offer will be received.

Please see attached Agreement documents.

(A). Please see the "Amendments" I mentioned regarding payments from REIA:
1. Option-Agreement at page 5
2. Exhibit-A at page 3
3. Exhibit-C at page 5
4. Faculty Agreement at page 1
… *Please accept changes BEFORE signing*

(B). Please insert the correct address:
1. Option Agreement (page 1 and page 10)
2. Exhibit-B (at page 1 and page 5)
3. Exhibit-C (at page 1)

(C). Please sign:
1. Option-Agreement sign at page 10
2. Exhibit-B sign at page 5
3. Faculty Agreement sign at page 2

Once you complete the above, please scan separately the three Agreements (NDA, Option Agreement including Exhibits A-E, Faculty Agreement)

Regards
Jerry Comanescu, Ph.D. - Esq.
Technology Commercialization Office
The George Washington University
1922 F Street NW, 4th Floor
Washington, D.C. 20052
cell: 202-754-2064
work: 202-994-8975



PLAINTIFF'S EXHIBIT
#3
8/2/24

**7 attachments**

TEG000001

**Exhibit C-Feb28.docx**
63K

**Exhibit E-Feb28.docx**
28K

**Exhibit D-Feb28.docx**
69K

**FacultyAgreement.docx**
22K

**Exhibit A-Feb28.docx**
31K

**Option-Agreement-Feb28.docx**
58K

**Exhibit B-BlankRome.DOC**
57K

TEG000002