### *** CIVIL MOTION MINUTES ***

Date: 11/15/2024                                Before the Honorable: **LEONIE M. BRINKEMA**

Time: 10:47 – 11:06 (00:19)                     Case No.: **1:23-cv-01771-LMB-WBP**

Official Court Reporter: Stephanie Austin

Courtroom Deputy: Katie Galluzzo

# TAREK EL-GHAZAWI ET AL

V.

# OPTELLIGENCE LLC ET AL

Appearances of Counsel for:

[ X ] Plaintiffs: Glenn Manishin
[ X ] Defendants: John Lomas
[ X ] Third Party: Marc Weinstein

**Re:**   [ 67 ]   Motion for Summary Judgment - **GRANTED**
[ 79 ]   Second MOTION for Discovery *Relief*, First MOTION finding of contempt, or alternatively enter an Order to Show Cause re 64 Order on Motion for Discovery – **DENIED WITHOUT PREJUDICE**

Argued and:

[ X ]   Court recommends the parties conduct settlement conference.

[ X ]   Jury trial set for 12/2/2024 is CANCELLED and RESCHEDULED for 1/13/2025 at 10:00 am

[ X ]   Order to Follow