IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TAREK EL-GHAZAWI, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) 1:23-cv-1771 (LMB/WBP) |
| OPTELLIGENCE LLC, et al., | ) ) ) |
| Defendants. | ) |

ORDER

For the reasons stated in open court, defendant Volker J. Sorger's Motion for Summary Judgment [Dkt. No. 67] GRANTED; and it is hereby

ORDERED that defendant Volker J. Sorger be and is DISMISSED from this civil action.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 15th day of November, 2024.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge